MARTIN R. KRESS, an Infant, etc., by JONAS KRESS, His Guardian ad Litem, Respondent, v. MELCROFT CORPORATION, Appellant. (Appeal No. 1.) — In an action to recover for personal injuries, defendant appeals from an order on reargument granting leave to plaintiff to serve a supplemental complaint alleging that the judgment in a loss of service action is *res judicata* of the liability of the defendant except as to the amount of damages. In view of the decision in *Kress* v. *Melcroft Corporation (post, p. 809)*, decided herewith, the order is reversed on the law and the facts, without costs, and the motion denied, without costs. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

MARTIN R. KRESS, an Infant, by JONAS KRESS, His Guardian ad Litem, and JONAS KRESS, Respondents, v. MELCROFT CORPORATION, Appellant.— Action by an infant to recover damages for personal injuries resulting from the defendant's alleged negligence and by the infant's father to recover for his expenses and loss of services. Defendant appeals from an order setting aside as inadequate a verdict in favor of the infant plaintiff and directing a new trial; and from a judgment in favor of the father entered upon the jury's verdict in his favor upon his alleged cause of action. Order setting aside verdict in favor of the infant plaintiff modified by striking out all matter following the word " granted " in the first decretal paragraph, and

as thus modified, unanimously affirmed, with costs to the respondent. No opinion. Judgment in favor of the father upon his alleged cause of action reversed on the facts and a new trial granted, with costs to the appellant to abide the event. The verdict is against the weight of the evidence. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.